```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

ARTHUR BURTON,

                Plaintiff,

    - against -

CITY OF NEW YORK, ET AL.,

                Defendants.

------------------------------------------------

21-cv-8819 (JGK)

**ORDER**

**JOHN G. KOELTL, District Judge:**

    The conference scheduled for December 20, 2021 is canceled.

**SO ORDERED.**

Dated:    New York, New York
           December 17, 2021

                              /s/ John G. Koeltl
                                John G. Koeltl
                       United States District Judge