UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

ARTHUR BURTON,

                Plaintiff,

    - against -

CITY OF NEW YORK, ET AL.,

                Defendants.
───────────────────────────────

21-cv-8819 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff filed affidavits of service indicating that the defendants' answers were due by January 28, 2022, and February 1, 2022, respectively. See ECF Nos. 10-12. The time for the defendants to answer is extended to April 1, 2022. If the defendants fail to answer by that date, the plaintiff may seek a default judgment.

SO ORDERED.

Dated:    New York, New York
          March 16, 2022

                                      John G. Koeltl
                                United States District Judge