UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARTHUR BURTON,

                Plaintiff,

    - against -

CITY OF NEW YORK, ET AL.,

                Defendants.

21-cv-8819 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by April 29, 2022.

SO ORDERED.

Dated:    New York, New York
           April 13, 2022

                                                  John G. Koeltl
                                        United States District Judge